THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANS
FILED
APR 28 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| Secure Trust Bank PLC, <br><br> Plaintiff, <br><br> v. <br><br> WYNIT Distribution, LLC and WD Navarre Distribution, LLC, <br><br> Defendants, <br><br> v. <br><br> Sam's West, Inc., <br><br> Respondent. | No. 5:16-mc-36 <br><br> Civil Action No. 15-cv-03133 JNE/JSM (D. Minn.) |

**MOTION TO COMPEL SAM'S WEST, INC.'s**
**COMPLIANCE WITH THIRD-PARTY SUBPOENA**

Secure Trust Bank PLC, the plaintiff in a civil action styled *Secure Trust Bank PLC v. WYNIT Distribution, LLC and WD Navarre Distribution, LLC*, Case No. 15-cv-03133 JNE/JSM, in the United States District Court for the District of Minnesota, brings this motion to enforce a third-party subpoena that was duly served on Sam's West, Inc., d/b/a Sam's Club on or about February 11, 2016. This motion is brought under Federal Rules of Civil Procedure 37(a)(2) and 45(g) to enforce the subpoena and compel Sam's Club to produce the documents specified in the subpoena, as well as present a corporate representative to testify to the subjects set forth in the subpoena.

Plaintiff Secure Trust Bank, through its legal counsel of record in the Minnesota action, has made numerous attempts to obtain Sam's Club's compliance with the subpoena, but Sam's

Club has not complied or offered any response as of the date of this motion. Nor has Sam's Club asserted any objections to the subpoena.

For the reasons set forth in the memorandum, affidavit, and exhibits submitted with this motion, Secure Trust Bank respectfully requests that the Court compel Sam's Club to comply with the subpoena.

Dated: April 25, 2016                    By  /s/ Alan L. Kildow
                                                  Alan L. Kildow, Bar No. 143133
                                                  DLA Piper LLP (US)
                                                  80 South Eighth Street, Suite 2800
                                                  Minneapolis, Minnesota  55402
                                                  Telephone:  612.524.3000
                                                  Facsimile:  612.524.3001
                                                  alan.kildow@dlapiper.com

                                                  Attorneys for Plaintiff Secure Trust Bank PLC

EAST\123709836.1